IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIN POSADAS, | CASE NO. 10-cv-01374-SMS PC |
| Plaintiff, | ORDER ADDRESSING PLAINTIFF'S LETTER TO THE COURT |
| vs. | (ECF No. 10) |
| AVENAL STATE PRISON, et al., | |
| Defendants. / | |

Plaintiff Erwin Posadas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint in this action on August 2, 2010, alleging officers have treated him and his property disrespectfully and his due process rights have been violated due to an immigration hold. On March 30, 2011, Plaintiff filed a letter with the court. Plaintiff is advised that a document requesting a court order must be styled as a motion, not a letter. The motion should state, as clearly as possible, the relief sought.

In the letter filed on March 30, 2011, Plaintiff claims he is a political prisoner and is a victim of rape and murder. He complains that his placement status in protective custody has been falsified by the classification committee to advance their best interests. Plaintiff requests a representative of the court come to speak with him. Plaintiff's letter is devoid of any factual allegations supporting Plaintiff's allegations and fails to include any specific facts, name any individual, or set forth the relief requested.

Plaintiff is advised that the court does not conduct investigation. Thus, Plaintiff's letter shall be

disregarded. To the extent that Plaintiff wishes the Court to take any action, Plaintiff must file a motion requesting the desired relief.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's request that the Court send a representative to speak with him is DENIED; and.

2. Plaintiff's letter of March 30, 2011, is DISREGARDED, as it appears to the Court that no relief is requested.

IT IS SO ORDERED.

**Dated:    April 16, 2011**                             **/s/ Sandra M. Snyder**
                                                                                  UNITED STATES MAGISTRATE JUDGE