IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIN POSADAS, | CASE NO. 10-cv-01374-SMS PC |
| Plaintiff, | ORDER DISREGARDING PLAINTIFF'S LETTER TO THE COURT |
| vs. | (ECF No. 13) |
| AVENAL STATE PRISON, et al., | |
| Defendants. / | |

    Plaintiff Erwin Posadas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint in this action on August 2, 2010. On March 30, 2011, Plaintiff filed a letter with the court and an order issued informing Plaintiff that a document requesting a court order must be styled as a motion, not a letter. On October 28, 2011, Plaintiff filed a second letter to the Court. It is unclear from the letter what Plaintiff is requesting, thus, Plaintiff's letter shall be disregarded.

    Plaintiff is informed that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The Court is aware of the pendency of this case and will

1  screen Plaintiff's complaint in due course.

2      Accordingly, it is HEREBY ORDERED that Plaintiff's letter filed October 28, 2011, is
3  DISREGARDED.

4      IT IS SO ORDERED.

5    Dated:   **November 1, 2011**            /s/ **Barbara A. McAuliffe**
                                                  UNITED STATES MAGISTRATE JUDGE